PEOPLE V CAMPBELL, No. 138072; Court of Appeals No. 280424.

PEOPLE V KING, No. 138073; Court of Appeals No. 279809.

PEOPLE V ARCHER, No. 138075; Court of Appeals No. 288149.

HENRY V DEPARTMENT OF CORRECTIONS, No. 138078; Court of Appeals No. 288129.

PEOPLE V JAGER, No. 138079; Court of Appeals No. 288359.

PEOPLE V CENACA WILLIS, No. 138087; Court of Appeals No. 278073.

BIG BARNEY'S DUST CONTROL, LLC V DUBUC, No. 138092; Court of Appeals No. 286902.

PEOPLE V MASHAWNTAY MONTGOMERY, No. 138095; Court of Appeals No. 281857.

PEOPLE V BENTON, No. 138111; Court of Appeals No. 286873.

PEOPLE V SANDOVAL, No. 138121; Court of Appeals No. 277509.

PEOPLE V WILLIAM MILLER, No. 138122; Court of Appeals No. 288380.

PEOPLE V ANDERSEN, No. 138124; Court of Appeals No. 288963.

MAYES V CITY OF OAK PARK, No. 138125; Court of Appeals No. 287367.

PEOPLE V PARKER, No. 138126; Court of Appeals No. 279246.

PEOPLE V BLAIR, No. 138127; Court of Appeals No. 279914.

PEOPLE V MORRIS JOHNSON, No. 138131; Court of Appeals No. 287928.

PEOPLE V KENNETH HALL, No. 138132; Court of Appeals No. 283871.

PEOPLE V MARK WILSON, No. 138134; Court of Appeals No. 288401.

SMITH V RIVERFRONT CONDOMINIUM ASSOCIATION, No. 138136; Court of Appeals No. 281245.

PEOPLE V EVENSON, No. 138137; Court of Appeals No. 289004.

PEOPLE V CUNNINGHAM, No. 138142; Court of Appeals No. 281859.

PEOPLE V PAYNE, No. 138144; Court of Appeals No. 281187.

MCCOLLUM V ITT CORPORATION, No. 138146; Court of Appeals No. 287098.

PEOPLE V HERRERA, No. 138148; Court of Appeals No. 288324.

ATLANTIC XXXI, LLC V ART MIDWEST, LP, No. 138154; reported below: 281 Mich App 733.

MIDWEST RUBBER COMPANY V STATE OF MICHIGAN, No. 138156; Court of Appeals No. 278223.